UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**FEDERAL TRADE COMMISSION and STATE OF FLORIDA, OFFICE OF THE ATTORNEY GENERAL, DEPARTMENT OF LEGAL AFFAIRS,**

   **Plaintiffs,**

v.                 Case No: 6:14-cv-8-Orl-41DAB

**WORLDWIDE INFO SERVICES, INC., ELITE INFORMATION SOLUTIONS INC., ABSOLUTE SOLUTIONS GROUP INC., GLOBAL INTERACTIVE TECHNOLOGIES, INC., GLOBAL SERVICE PROVIDERS, INC., LIVE AGENT RESPONSE 1 LLC, ARCAGEN, INC., AMERICAN INNOVATIVE CONCEPTS, INC., UNIQUE INFORMATION SERVICES INC., MICHAEL HILGAR, GARY MARTIN, JOSEPH SETTECASE, NATIONAL LIFE NETWORK INC. and YULUISA NIEVES,**

   **Defendants.**
_____/

**ORDER**

   THIS CAUSE is before the Court upon *sua sponte* review of the record. Plaintiffs initiated this action on January 6, 2014, and filed an Amended Complaint (Doc. 53) on February 25, 2014, which named the fifteen defendants—Worldwide Info Services, Inc. also d/b/a The Credit Voice; Elite Information Solutions Inc. also d/b/a The Credit Voice; Absolute Solutions Group Inc. also d/b/a The Credit Voice; Global Interactive Technologies, Inc. also d/b/a The Credit Voice; Global Service Providers, Inc.; The Credit Voice, Inc. also d/b/a TCV; Live Agent Response 1 LLC also d/b/a LAR; Arcagen, Inc. also d/b/a ARI; American Innovative Concepts, Inc.; Unique Information

Services Inc.; National Life Network Inc.; Michael Hilgar; Gary Martin; Joseph Settecase; and Yuluisa Nieves.

On May 14, 2014, one Defendant, The Credit Voice, Inc., was voluntarily dismissed. (Doc. 85). On November 13, 2014, an Order and Permanent Injunction was entered, which resolved all claims regarding thirteen Defendants. (Doc. 102). Most recently, through default judgment, a second Order and Permanent Injunction was entered, which resolved all claims regarding the final Defendant, Live Agent Response 1 LLC. (Doc. 109). As a result, there remains no live case or controversy, and this case will be dismissed.

Accordingly, it is **ORDERED** and **ADJUDGED** as follows:

1. This case is **DISMISSED**.

2. All pending motions are **DENIED as moot**.[1]

3. The Clerk is directed to close this case.

4. On or before **April 13, 2015**, the Receiver, Robb Evans and Robb Evans & Associates, LLC, shall file—(1) a status report, which discusses any on-going or future obligations regarding the Receivership; or (2) a "final report and application for fees and expenses," (*see* Doc. 102 at 13; Doc. 109 at 10).

---

[1] Previously, Counsel for certain Defendants moved to withdraw. (*See* Doc. 105). The corresponding Report and Recommendation (Doc. 107) recommended that Counsel's motion be granted. Because this case is now moot, Counsel's motion will be denied as such, which, for practical purposes, affords Counsel the relief requested in the motion.

**DONE** and **ORDERED** in Orlando, Florida on March 10, 2015.



Copies furnished to:

Counsel of Record