UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**FEDERAL TRADE COMMISSION and STATE OF FLORIDA, OFFICE OF THE ATTORNEY GENERAL, DEPARTMENT OF LEGAL AFFAIRS,**

      **Plaintiffs,**

v.                                                                 **Case No: 6:14-cv-8-Orl-41DAB**

**WORLDWIDE INFO SERVICES, INC., ELITE INFORMATION SOLUTIONS INC., ABSOLUTE SOLUTIONS GROUP INC., GLOBAL INTERACTIVE TECHNOLOGIES, INC., GLOBAL SERVICE PROVIDERS, INC., LIVE AGENT RESPONSE 1 LLC, ARCAGEN, INC., AMERICAN INNOVATIVE CONCEPTS, INC., UNIQUE INFORMATION SERVICES INC., MICHAEL HILGAR, GARY MARTIN, JOSEPH SETTECASE, NATIONAL LIFE NETWORK INC. and YULUISA NIEVES,**

      **Defendants.**
_____/

**ORDER**

THIS CAUSE is before the Court on the Receiver's, Robb Evans & Associates LLC (the "Receiver"), Final Motion for Approval and Payment of Fees and Expenses (Doc. 115). United States Magistrate Judge David A. Baker submitted a Report and Recommendation (Doc. 116), which recommends: (1) that the Receiver's motion be granted in part and denied in part; (2) that the Receiver be permitted to withdraw $26,949.61 from the Receivership estate for its fees, its

expenses, and its counsel's fees and expenses[1]; and (3) that the remaining funds be disbursed to Plaintiffs. (*Id.* at 11).

After an independent *de novo* review of the record and noting that no objections were timely filed, this Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 116) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Receiver's Final Motion for Approval and Payment of Fees and Expenses (Doc.115) is **GRANTED in part** and **DENIED in part**.

3. The Receiver shall disburse $26,949.61 from the Receivership estate, in accordance with the Report and Recommendation and this Order.

4. Following that disbursement, the Receiver shall disburse all remaining proceeds from the Receivership estate to Plaintiff Federal Trade Commission, in accordance with the Court's November 13, 2014 Order and Permanent Injunction (Doc. 102, at 13) and March 6, 2015 Order and Permanent Injunction (Doc. 109, at 10–11).

5. Following those disbursements, the Receiver shall be discharged of its obligations, (*see* Doc. 102 at 13; Doc. 109 at 10–11), and the Receivership shall be terminated, without further Order of the Court.

---

[1] This amount includes: $7,240.15 for the Receiver's fees; $4,709.46 for the Receiver's expenses; and $15,000.00 for the Receiver's counsel's fees and expenses.

**DONE** and **ORDERED** in Orlando, Florida on June 29, 2015.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record